HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA R. OTTERVANGER, FL Bar #112110
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
DANIEL A. PIMENTEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-0126-JLT |
| Plaintiff, | **STIPULATION TO VACATE PRELIMINARY HEARING AND SET ADMISSION HEARING; ORDER** |
| vs. | |
| DANIEL PIMENTEL, | Date:   December 28, 2023 Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the preliminary hearing scheduled for January 3, 2024, at 2:00 p.m. should be vacated, and the matter should be scheduled for an admission hearing on December 28, 2023, at 2:00 p.m.

On December 19, 2023, Mr. Pimentel was arrested on a petition for violation of supervised release alleging two separate counts. Mr. Pimentel was arraigned before the Honorable Judge Erica P. Grosjean, and he entered denials as to both counts. The court scheduled a preliminary hearing for January 3, 2024, at 2:00 p.m. before the Honorable Sheila K. Oberto. On December 20, 2023, a detention hearing was held before Judge Grosjean, and Mr. Pimentel was ordered detained.

The parties agree that a preliminary hearing is no longer necessary, and the matter is now ready to proceed to an admission hearing. Probation has confirmed that a hearing date of December 28, 2023, is agreeable, as well.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  December 22, 2023        By */s/ Brittany M. Gunter*
                                 BRITTANY GUNTER
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender


DATED:  December 22, 2023        By */s/ Kara R. Ottervanger*
                                 KARA R. OTTERVANGER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DANIEL PIMENTEL

## ORDER

IT IS HEREBY ORDERED that the preliminary hearing scheduled for January 3, 2024, is vacated.  The matter is set for an admission hearing before the Honorable Sheila K. Oberto on December 28, 2023, at 2:00 p.m.

DATED: 12/26/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge