HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, FL Bar #0112110
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DANEIL A. PIMENTEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL A. PIMENTEL,<br><br>Defendant. | Case No. 1:23-cr-0126-JLT<br><br>**ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

IT IS HEREBY ORDERED that defendant Daniel A. Pimentel (Central Valley Annex ID No. 96895-298) shall be released from the Central Valley Annex to Kevin Mitchel, a social worker with the Office of the Federal Defender, on Wednesday, February 14, 2024, at 8:00 a.m. Mr. Mitchel will then transport Mr. Pimentel directly to Salvation Army, in Fresno, California, for admission into the program. Salvation Army has confirmed a bed is available at that time.

IT IS SO ORDERED.

Dated:   **February 9, 2024**

_____
UNITED STATES DISTRICT JUDGE